THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Corey A. Williams, Appellant.
 
 
 

Appeal From Greenville County
Edward W. Miller, Circuit Court Judge
Unpublished Opinion No.  2008-UP-617
Submitted November 3,2008  Filed November
 10, 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Robert M. Ariail,
 of Greenville, for Respondent.
 
 
 

PER CURIAM:  Corey A. Williams was found guilty of armed robbery,
 kidnapping, and possession of a firearm during the commission of a violent
 crime.  Williams was sentenced to thirty, thirty, and five years, concurrent
 terms of imprisonment.  Williams argues the trial court erred by improperly
 considering Williams decision to go to trial during sentencing.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Williams
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
WILLIAMS, PIEPER, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.